# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2671

_____

Rodney Jackson,                          *

            Appellant,        *

      v.                   *

Dr. Dunham, Dentist at Clarinda    *
Correctional Facility,          *

            Appellee,        *

                          * Appeal from the United States
Mike Foehring; Shawn Howard,     * District Court for the
Treatment Director; Steve Jenkins,  * Southern District of Iowa.
Deputy Superintendent of Clarinda  *
Correctional Facility; Mark Lund,   * [UNPUBLISHED]
Superintendent of the Clarinda     *
Correctional Facility; Gary Maynard,  *
Director of the Iowa Department of   *
Corrections; Deb Murray; Ellen      *
Polland; Brad Richards, Administrative *
Law Judge; Correctional Officer Riley, *

            Defendants,      *

Lauri Wilmes, Dental Assistant at the *
Clarinda Correctional Facility,     *

            Appellee.       *

_____

Submitted: September 4, 2009
Filed: October 9, 2009
_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Rodney Jackson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Ramlet v. E.F. Johnson Co., 507 F.3d 1149, 1152 (8th Cir. 2007), we hold that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa, adopting the report and recommendations of the Honorable Thomas Shields, United States Magistrate for the Southern District of Iowa.